Decided September 9, 1999

STATE OF CONNECTICUT *v.* JOHN VASQUEZ

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 661 (AC 17951), is denied.

*Frank P. Cannatelli,* in support of the petition.

Decided September 9, 1999

STATE OF CONNECTICUT *v.* LANCE WARGO

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 747 (AC 18126), is granted, limited to the following issues: